UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

REGINALD J. VICK,

       Plaintiff,

                                       Case No. 1:25-cv-62

v.

                                       HON. ROBERT J. JONKER

COMMISSIONER OF SOCIAL SECURITY,

       Defendant.

_____/

## ORDER APPROVING MAGISTRATE'S
## REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on February 24, 2026 (ECF No. 18). The Report and Recommendation was duly served on the parties. No objections have been filed under 28 U.S.C. ' 636(b)(1)(C).

**ACCORDINGLY, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 18) is approved and adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that plaintiff's motion for attorney fees (ECF No. 15) is **GRANTED**.   Plaintiff's counsel is awarded attorney fees in the amount of $8,561.26.

**IT IS FURTHER ORDERED** that the Court is adopting the hourly rate in the absence of objection, not as an independent determination of the appropriate rate.

Dated:   __March 12, 2026__             __/s/ Robert J. Jonker__
                                     ROBERT J. JONKER
                                     UNITED STATES DISTRICT JUDGE